Bernard CROSS, Appellant,

v.

STATE of Missouri, Respondent.

No. 63754.

Missouri Court of Appeals,
Eastern District,
Division One.

May 10, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 6, 1994.

Application to Transfer Denied
Aug. 15, 1994.

David C. Hemingway, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Traci J. Sanders, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

### ORDER

PER CURIAM.

Movant appeals the denial of his Rule 24.-035 motion without an evidentiary hearing. We affirm. The motion court's findings of fact are not clearly erroneous and no error of law appears. Rule 84.16(b)(2) and (5). An opinion in this case would have no precedential value; therefore we affirm by written order. Rule 84.16(b). A memorandum setting forth the reasons for our decision has been issued to the parties for their use only.